IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Case No. 05-10395 (MFW) |
| SMC HOLDINGS CORP., et al.[1] | ) Chapter 11 |
| Reorganized Debtors | ) (Jointly Administered) |
| | ) Ref. Docket No. 243 |

## NOTICE OF APPEAL

Bayerische Hypo-Und Vereinsbank AG, Cayman Branch ("HVB") hereby appeals as of right pursuant to 28 U.S.C. §158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure from the "Order Denying Bayerische Hypo-Und Vereinsbank Ag, Cayman Branch's Motion For Allowance Of Secured Claim For Attorney's Fees Pursuant To 11 U.S.C. § 506(b)" dated October 12, 2005 and entered on October 14, 2005 [Docket No. 243] by The Honorable Mary F. Walrath in the above-captioned bankruptcy cases.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

1.  HVB

    Bruce Bennett, Esq.
    Michael Swartz, Esq.
    Joshua M. Mester, Esq.
    HENNIGAN, BENNETT & DORMAN LLP
    601 South Figueroa Street, Suite 3300
    Los Angeles, California 90017
    Telephone: (213) 694-1200
    Telecopy: (213) 694-1234

---

[1] In addition to SMC Holdings Corp., the other reorganized debtors herein are Smarte Carte Corporation, Smarte Carte, Inc., SmarteCarte Europe, Inc. and EFA Acquisition Corp.(collectively, the "Reorganized Debtors").

-2-

Robert S. Brady, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
Telecopy: (302) 576-3283

2. Reorganized Debtors

Mark Collins, Esquire
RICHARDS LAYTON AND FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7531
Telecopy: (302) 651-7701

The names of other interested parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

3. The Office of the United States Trustee

Mark Kenney, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801
Telephone: (302) 573-6491

Dated: Wilmington, Delaware
October 20, 2005

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael Swartz
Joshua M. Mester
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopy: (213) 694-1234

-3-

- and -

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Telecopy: (302) 576-3283

Co-Counsel for HVB