UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

11/21/05

C.A. No.:
Bankruptcy Case No.: **05-10395 (MFW)**
Appeal No.: **05-73**

Bankruptcy Appeal Transmittal Sheet

Name of Appellant(s)    **Bayerische Hypo-Und Vereinsbank AG, Cayman Branch**

Counsel for Appellant(s)    **Bruce Bennett, Esq.**
**Michael Swartz, Esq.**
**Joshua M. Mester, Esq.**
**Hennigan, Bennett & Dorman LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California  90017**
**(213) 694-1200**

and

**Robert S. Brady, Esq.**
**Young Conaway Stargatt & Taylor, LLP**
**The Brandywine Building**
**1000 West Street, 17th Floor**
**P.O. Box 391**
**Wilmington, DE 19899-0391**
**(302) 571-6600**

Name of Debtor    **SMC Holdings Corp.**

Counsel of Debtor    **Mark Collins, Esquire**
**Richards Layton and Finger**
**One Rodney Square**
**920 North King Street**
**Wilmington, DE 19801**
**(302) 651-7531**

Enclosed Items:
**Notice of Appeal #05-73 (Docket #246)**
**Affidavit of Service (Docket #249)**
**Appealed Order (Docket #243)**
**Appellant Designation (#250)**
**Appellee Designation (Docket #251)**