IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                    :
                                          :   Chapter 11
SMC HOLDINGS CORP., et al.,[1]            :   Case Nos. 05-10395 (MFW)
                                          :
                                          :   (Jointly Administered)
                                          :
         Reorganized Debtors.             :   Re: Docket No. 193
---------------------------------------------------------x

### ORDER DENYING BAYERISCHE HYPO-UND VEREINSBANK AG, CAYMAN BRANCH'S MOTION FOR ALLOWANCE OF SECURED CLAIM FOR ATTORNEY'S FEES PURSUANT TO 11 U.S.C. § 506(b)

This matter having come before the Court upon Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's ("HVB") Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) [Docket No. 193] filed by HVB on June 7, 2005 (the "Motion"); and the Court having considered: (i) the Motion; (ii) the Debtors' Objection to Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) filed by SMC Holdings Corp. ("SMC Holdings"), Smarte Carte Corporation ("SC Corp."), Smarte Carte, Inc. ("SC Inc."), Smarte Carte Europe, Inc. ("SC Europe") and EFA Acquisition Corp. ("EFA", and collectively with SMC Holdings, SC Corp., SC Inc. and SC Europe, the "Reorganized Debtors") on June 15, 2005 [Docket No. 200] (the "Objection"); (iii) Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Reply to Debtors' Objection to Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 502(b) filed by HVB on July 15, 2005 [Docket No. 215] (the "Reply") and (iv) the Debtors' Sur-Reply to Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Reply to Debtors' Objection to Motion for Allowance of Secured Claim for Attorney's

---

[1] In addition to SMC Holdings Corp., the other reorganized debtors herein are Smarte Carte Corporation, Smarte Carte, Inc., Smarte Carte Europe, Inc. and EFA Acquisition Corp.

Fees Pursuant to 11 U.S.C. § 506(b) filed by the Reorganized Debtors on August 5, 2005 [Docket No. 223] (the "Surreply"); and the Court having heard and considered the arguments of counsel for HVB and counsel for the Reorganized Debtors at the October 6, 2005 hearing; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY:

ORDERED that, for the reasons stated on the record at the hearing held on October 6, 2005, the Motion is DENIED in its entirety.

Dated: October 12, 2005
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1-2931403-2

2