IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SMC HOLDINGS CORP., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Jointly Administered<br><br>Case No. 05-10395 (MFW)<br><br>Related Docket No. 246 |

**APPELLANT'S DESIGNATION OF ITEMS FOR INCLUSION IN
RECORD ON APPEAL AND STATEMENT OF ISSUE ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant Bayerische Hype-Und Vereinsbank AG, Cayman Branch ("HVB"), hereby designates the following items to be included in the record on appeal from the "Order Denying Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) [Docket No. 243] (the "Order"), entered in this bankruptcy case on October 14, 2005:

The following items shall be included in the record on appeal:

| Tab No. | Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|---|
| 1 | 02/10/2004 | 14 | Joint Prepackaged Chapter 11 Plan of Reorganization of SMC Holdings Corp. and Certain of its Affiliates Under Chapter 11 of the Bankruptcy Code |
| 2 | 02/10/2004 | 15 | Disclosure Statement |
| 3 | 03/25/2005 | 110 | Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |

| 4 | 03/25/2005 | 111 | Declaration of Salvatore Esposito in Support of Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |
|---|---|---|---|
| 5 | 03/25/2005 | 112 | Declaration of Robert F. Reilly in Support of Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |
| 6 | 03/25/2005 | 113 | Declaration of Michael Swartz in Support of Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |
| 7 | 03/30/2005 | 129 | Debtors' Memorandum of Law in Support of Approval of Disclosure Statement and Confirmation of Debtors' Plan of Reorganization and Response to Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |
| 8 | 04/01/2005 | 139 | Declaration of Robert P. Schweihs in Support of Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization |
| 9 | 04/20/2005 | 161 | Transcript of Hearing Before Honorable Mary F. Walrath, United States Bankruptcy Court Judge for April 4, 2005 at 9:38 a.m. |
| 10 | 04/20/2005 | 162 | Transcript of Hearing Before Honorable Mary F. Walrath, United States Bankruptcy Court Judge for April 5, 2005 at 10:08 a.m. |
| 11 | 04/21/2005 | 163 | First Amended Joint Prepackaged Chapter 11 Plan of Reorganization of SMC Holdings Corp. and Certain of its Affiliates Under Chapter 11 of the Bankruptcy Code |
| 12 | 04/22/2005 | 166 | Limited Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Confirmation of the First Amended Plan of Reorganization |

| 13 | 04/26/2005 | 172 | Findings of Fact, Conclusions of Law and Order (I) Approving Solicitation and Disclosure Statement, (II) Approving Solicitation and Voting Procedures and Vote Tabulation; (III) Confirming Debtors' First Amended Plan of Reorganization; and (IV) Granting Related Relief |
| --- | --- | --- | --- |
| 14 | 05/02/0505 | 176 | Motion of the Debtors and Debtors in Possession for Permissive Abstention Under 28 U.S.C. § 1334(c)(1) |
| 15 | 05/11/0505 | 179 | Objection of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch to Motion of the Debtors and Debtors in Possession for Permissive Abstention Under 28 U.S.C. § 1334(c)(1) |
| 16 | 05/20/0505 | 185 | Certification of Counsel Regarding Order Denying Motion of the Debtors and Debtors in Possession for Permissive Abstention Under 28 U.S.C. § 1334(c)(1) |
| 17 | 05/25/0505 | 187 | Order Denying Motion of the Debtors and Debtors in Possession for Permissive Abstention Under 28 U.S.C. § 1334(c)(1) |
| 18 | 06/07/2005 | 193 | Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 19 | 06/07/2005 | 194 | Declaration of Joshua M. Mester in Support of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 20 | 06/07/2005 | 195 | Declaration of Robert S. Brady in Support of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 21 | 06/15/2005 | 200 | Debtors' Objection to Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 22 | 07/15/2005 | 215 | Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Leave to File Reply to Debtors' Objection to Motion for Allowance of |

| | | | |
|---|---|---|---|
| | | | Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 23 | 08/05/2005 | 223 | Motion of Reorganized Debtors for Leave to File Surreply in Opposition to Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 24 | 08/08/2005 | 225 | Order Granting Motion of Reorganized Debtors for Leave to File Surreply in Opposition to Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 25 | 08/10/2005 | 228 | Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Supplement to its Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 26 | 10/11/05 | 241 | Certification of Counsel [Re Docket No. 193] (Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b)) |
| 27 | 10/14/2005 | 243 | Order Denying Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) |
| 28 | 10/26/2005 | 248 | Transcript of Hearing Before The Honorable Mary F. Walrath, Chief Judge, United States Bankruptcy Court Judge on October 6, 2005 at 3:00 p.m. |
| 29 | 10/20/2005 | 246 | Notice of Appeal |
| | | | Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issues |

## STATEMENT OF ISSUE ON APPEAL

Whether the Bankruptcy Court erred in denying the Motion of Bayerische Hypo-Und Vereinsbank AG, Cayman Branch for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b) by finding that the Fifth Amendment to the Credit Agreement was enforceable against HVB?

Dated: Wilmington, Delaware
October 28, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Kara S. Hammond (No. 4410)
The Brandywine Building – 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

--and--

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael H. Swartz
Joshua M. Mester
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

Counsel for Bayerische Hypo-Und Vereinsbank AG, Cayman Branch

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMC HOLDINGS CORP., et al.,[1] | ) | Case No. 05-10395 (MFW) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, and that on the 28th day of October, 2005, she caused the following document(s):

**Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issue on Appeal**

to be served, as indicated, upon the parties identified on the attached service list:

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 28th day of October, 2005.

_____
Notary Public

MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 21, 2009

---

[1] In addition to SMC Holdings, Corp., the other debtors herein are Smarte Carte Corporation, Smarte Carte, Inc., Smarte Carte Europe, Inc. and EFA Acquisition Corp.

## SERVICE LIST
## 10/28/2005

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899
(Co-Counsel to the Debtors)
***Hand Delivery***

Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)
***Hand Delivery***