IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                              :    Chapter 11
                                    :
SMC HOLDINGS CORP., et al.,[1]      :    Case No. 05-10395 (MFW)
                                    :
                                    :    (Jointly Administered)
                                    :
                                    :
Reorganized Debtors.                :    Re: Docket Nos. 246 and 250
------------------------------------------------------x

## COUNTER DESIGNATION OF RECORD AND STATEMENT OF ISSUE ON APPEAL BY APPELLEE

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee SMC Holdings Corp ("SMC Holdings"), Smarte Carte Corporation ("SC Corp"), Smarte Carte, Inc ("SC Inc"), Smarte Carte Europe, Inc ("SC Europe") and EFA Acquisition Corp ("EFA," and collectively with SMC Holdings, SC Corp, SC Inc and SC Europe, the "Appellee") hereby designates the following additional item to be included in the Record on Appeal (as listed in the *Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issue on Appeal* [Docket No 250] (the "Designation of Record" filed by Bayerische Hypo-Und Vereinsbank AG, Cayman Branch (the "Appellant") on October 28, 2005) from the *Order Denying Bayerische Hypo-Und Vereinsbank AG, Cayman Branch's Motion for Allowance of Secured Claim for Attorney's Fees Pursuant to 11 U.S.C. § 506(b)* [Docket No 243] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 14, 2005:

---

[1] In addition to SMC Holdings Corp, the other reorganized debtors herein are Smarte Carte Corporation, Smarte Carte, Inc, Smarte Carte Europe, Inc and EFA Acquisition Corp

RLF1-2940383-1

## COUNTER DESIGNATION OF RECORD

In addition to the items designated by Appellant in the Designation of Record, Appellee designates the following item (the "Counter Designation") to be included in the Record on Appeal:

1. *Declaration of Garret S. Roosma in Support of Confirmation of the Debtors' Plan of Reorganization Dated February 10, 2005* filed with the Bankruptcy Court on March 30, 2005 [Docket No. 123]

In accordance with Bankruptcy Rule 8006 and Local Rule 8006-1, Appellee will provide copies of the item designated herein to the Clerk of the Bankruptcy Court substantially contemporaneously upon the filing of this Counter Designation.

WHEREFORE, Appellee respectfully requests that the Clerk of the Bankruptcy Court transmit the Record on Appeal to the Clerk of the United States District Court for the District of Delaware pursuant to Bankruptcy Rule 8007.

Dated: November 2, 2005
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

ATTORNEYS FOR REORGANIZED DEBTORS

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on November 2, 2005, a copy of the foregoing **Counter Designation of Record and Statement of Issue on Appeal by Appellee** was served on the parties on the attached list and in the manner indicated thereon.

*Jason M. Madron*
Jason M. Madron (No. 4431)

**Via Hand Delivery**
Mark S. Kenney
Office of the United States Trustee
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519
*(Trustee)*

Robert S. Brady
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*(Counsel for Bank Austria)*

**Via First Class Mail**
Bruce Bennett
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017
*(Counsel for Bank Austria)*

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167
*(Counsel for Bank Austria)*

RLF1-2934167-1