IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMC HOLDINGS CORP., *et al.*, | ) | Case No. 05-10395 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| Bayerische Hypo-Und Vereinsbank AG, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-805 (JJF) |
| | ) | |
| SMC HOLDINGS CORP., Smarte Carte Corporation, Smarte Carte Inc., Smarte Europe Inc. And EFA Acquisition Corp., | ) ) ) ) | |
| Appellee. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED on this 6th day of December 2005, by and between Bayerische Hypo-Und Vereinsbank AG (the "Appellant") and SMC Holdings Corp. ("SMC Holdings"), Smarte Carte Corporation ("SC Corp."), Smarte Carte, Inc. ("SC Inc."), Smarte Carte Europe, Inc. ("SC Europe") and EFA Acquisition Corp. ("EFA," and collectively with SMC Holdings, SC Corp, SC Inc. and SC Europe, the "Appellee") that the appeal referenced in the above-captioned action is hereby dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs as against the parties to this Stipulation, and it is further

STIPULATED AND AGREED that, this Stipulation may be executed in any number of counterparts, each of which shall be deemed an original instrument, but all of which

RLF1-2953625-2

together shall constitute one and the same instrument. A signature page delivered by facsimile or electronic mail shall have the same effect as an original signature page.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |

*/s/ Robert S. Brady*  
Robert S. Brady (No. 2847)  
M. Blake Cleary (No. 3614)  
The Brandywine Building  
1000 West Street, 17 Floor  
Wilmington, Delaware 19801

- and -

HENNIGAN, BENNETT & DORMAN LLP  
Bruce Bennett, Esq.  
Michael H. Swartz, Esq.  
Joshua Mester, Esq.  
601 South Figueroa Street, Suite 3300  
Los Angeles, California 90017

Attorneys for Appellant

*/s/ Jason M. Madron*  
Mark D. Collins (No. 2981)  
Jason M. Madron (No. 4431)  
One Rodney Square  
PO Box 551  
Wilmington, DE 19899

Attorneys for Appellee

SO ORDERED this ____ day of December 2005

_____  
The Honorable Joseph J. Farnan, Jr.  
United States District Court Judge

2

RLF1-2953625-2