IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMC HOLDINGS CORP., *et al.*, | ) | Case No. 05-10395 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| Bayerische Hype-Und Vereinsbank AG, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-805 |
| | ) | |
| SMC HOLDINGS CORP., Smarte Carte | ) | |
| Corporation, Smarte Carte Inc., Smarte | ) | |
| Europe Inc. And EFA Acquisition Corp., | ) | |
| | ) | |
| Appellee. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

Kimberly A. Beck, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, and that on December 7, 2005, she caused the following copies to be served, as indicated, upon the parties identified on the attached service list:

**STIPULATION OF DISMISSAL**

_____
Kimberly A. Beck

SWORN TO AND SUBSCRIBED before me this 7th day of December, 2005.

_____
Notary Public
My commission expires: _____

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2006

DB01:1926890.2                                                                        063999.1001

**SERVICE LIST**
**12/6/2005**

Mark Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE 19899
*Hand Delivery*

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Bruce Bennett, Esq.
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
*First Class Mail*